ACCEPTED
07-15-00128-CV
SEVENTH COURT OF APPEALS
AMARILLO, TEXAS
8/31/2015 6:23:29 PM
Vivian Long, Clerk

No. 07-15-00128-CV

_____

<table>
<tr><td>LE NGUYEN,<br>Appellant</td><td>FILED IN<br>7th COURT OF APPEALS<br>AMARILLO, TEXAS<br>8/31/2015 6:23:29 PM<br>VIVIAN LONG<br>CLERK</td></tr>
</table>

v.

ELENA LOPEZ, Individually and as of Representative of and on behalf of THE ESTATE OF JEANETTE LOPEZ and CARISTINA AND MIGUEL LERMA, Individually and on behalf of BERNICE LERMA, a minor, and on behalf of all known heirs;

Appellees

_____

### APPELLANT'S UNOPPOSED MOTION TO EXTEND TIME TO FILE REPLY BRIEF
_____

**TO THE HONORABLE COURT OF APPEALS:**

LE NGUYEN, Appellant, moves this Court to grant an extension of time to file her Reply Brief to the Appellee's Brief, and respectfully states:

1. Le Nguyen's Reply Brief is due to be filed with this Court on August 31, 2015, which is prior to submission on September 1, 2015.

2. Le Nguyen seeks an extension of time until Tuesday, September 8, 2015, to file her Reply Brief, and a similar extension for submission of the case until Wednesday, September 9, 2015.

3. This extension of time is necessary because counsel for Nguyen has scheduling conflicts in other proceedings which have delayed preparation of the reply brief. No previous extension has been requested by Appellant Nguyen for filing the reply brief.

4. Counsel for Appellee does not oppose this request for extension.

For these reasons, Appellant, LE NGUYEN, requests that this Court grant an extension of time for Appellant to File her Reply Brief until September 8, 2015, and to extend the date for submission of the case until September 9, 2015, together with any other relief to which she may be entitled.

Dated: August 31, 2015.

Respectfully submitted,

/s/ Joyce W. Lindauer
Joyce W. Lindauer
State Bar No. 21555700
Joyce Lindauer, PLLC
12720 Hillcrest Suite 625
Dallas, TX 75230
Telephone (972) 503-4033
Fax (972) 503-4034
Joyce@joycelindauer.com

## CERTIFICATE OF SERVICE

I, Joyce W. Lindauer, certify that a true copy of the foregoing pleading was served upon the following, on the 31st day of August, 2015:

Charles Chad Baruch
The Law Office of Chad Baruch
3201 Main Street
Rowlett, Texas 75088

Mohammad Said
Modjarrad Abusaad & Said Law Firm
212 West Spring Valley Road
Richardson, TX 75081

R. Douglass Scott
Law Office of Craig Zimmerman
3901 Arlington Heights Blvd., Suite 200
Arlington, Texas 76018

Annette Loyd Vanicek
4528 W. Vickery Blvd., Suite 202
Fort Worth, TX 76107

/s/ Joyce W. Lindauer
Joyce W. Lindauer